torney General, *R. Daniel Prentiss*, Special Assistant Attorney General, for respondents.

M. P. No. 77-405. CARLOS GUARINO *v.* THE DEPARTMEN OF SOCIAL WELFARE. The petition for writ of certiorari is granted and the writ shall issue forthwith. *Leo P. Attilli*, for petitioner. *Julius C. Michaelson*, Attorney General, for respondent.

M. P. No. 77-431. NORTH PROVIDENCE SCHOOL COMMITTEE *v.* R.I. STATE LABOR RELATIONS BOARD *et al.* The petition for writ of certiorari is granted and the writ shall issue forthwith. *Robert S. Ciresi*, for plaintiff-respondent. *Vincent F. Kane, Stephen T. Napolitano*, for defendants-petitioners.

M. P. No. 77-445. LOUIS M. WILSON *v.* WILLIAM LAURIE, *Assistant Director ACI*. The respondent's motion to dismiss is granted since this case is moot. *Robert B. Mann*, for petitioner. *Julius C. Michaelson*, Attorney General, *Nancy Marks Rahmes*, Special Assistant Attorney General, for respondent.

M. P. No. 78-22. CHARLES NORTHROP *v.* WILLIAM RAYMOND *et al.* The defendant's petition for writ of certiorari is denied. *W. Slater Allen, Jr.*, for plaintiff. *Harold B. Soloveitzik*, for defendant (Robert P. Lee).

APPEAL No. 77-442. EDWIN E. CULL *and* GENEVIEVE GUSTAFSON *v.* EDMOND L. VADNAIS. Pursuant to our order of February 23, 1978, the plaintiffs have moved to remand the papers in this case to the Superior Court so that the case may be heard on its merits while this court considers the issue of the appealability of orders permitting a prejudgment attachment of the defendant's property.

Accordingly the plaintiffs' motion is granted and the papers in this case are remanded to the Superior Court. *Joseph P. Dugan*, for plaintiffs. *George M. Prescott*, for defendant.